ORIGINAL

SLR:SAR
2004V00943

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

DANIEL GORDON,

              Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - -X

STIPULATION AND
ORDER REGARDING
ATTORNEY FEES

Civil Action
CV-04-1852

(Ross, J.)
(Chrein, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, LAWRENCE BECK, ESQ., and counsel for the defendant, COMMISSIONER OF SOCIAL SECURITY, that plaintiff's motion dated June 12, 2005 is hereby withdrawn, and that plaintiff's counsel is hereby awarded $3,997.50 (Three Thousand Nine Hundred Ninety-Seven Dollars and Fifty Cents) in attorney fees pursuant to 28 U.S.C. § 2412, in full satisfaction of their claim for such fees.

Dated:

                                      LAWRENCE BECK, ESQ.
                                      Attorney for Plaintiff
                                      917 E. 28th Street
                                      Brooklyn, New York 11210

                          By: _____

Gordon v. Barnhart, CV-04-1852(ARR), EAJA

Brooklyn, New York
July 15, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
Attorney for Defendant
One Pierrepont Plaza, 14th fl
Brooklyn, NY 11201

By: _____
SOM RAMRUP (sr 7610)
Special Asst. U.S. Attorney
(718) 254-6085/7000

SO ORDERED:

_____  11/14/05
Honorable Allyne R. Ross
United States District Judge